**07 CV 4004**



Law Offices of George N. Proios, PLLC
Attorneys for Plaintiff
NAVAL GENT MARITIME LTD.
1350 Broadway, Suite 1507
New York, New York 10018-7702
(212) 279-8880

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAVAL GENT MARITIME LTD.,

        Plaintiff,

- against -

ASIATIC SHIPPING SERVICES INC.,

        Defendant.

MAY 2 2 2007

07 Civ.

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, in order to enable the judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, George N. Proios, a member of the Bar of this Court and a member of the Law Offices of George N. Proios, PLLC, attorneys for plaintiff Naval Gent Maritime Ltd., certify upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the plaintiff which are otherwise publicly held in the United States.

Dated: New York, New York
      May 22, 2007

                                       Law Offices of George N. Proios, PLLC
                                       Attorneys for Plaintiff
                                       NAVAL GENT MARITIME LTD.

By: _____
                                       George N. Proios (GP-9331)
                                       1350 Broadway, Suite 1507
                                       New York, New York  10018-7702
                                       (212) 279-8880