ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/07

LAW OFFICES OF
GEORGE N. PROIOS, PLLC

HERALD SQUARE BUILDING
1350 BROADWAY, SUITE 1507
NEW YORK, NEW YORK 10018-7702

TELEPHONE: (212) 279-8880
FAX: (212) 279-0670
E-Mail: gnp@gnproios..com

ADMITTED IN NEW YORK
AND NEW JERSEY

NEW JERSEY OFFICE
TEL: (201) 569-7667
FAX: (201) 567-4878

June 14, 2007

**VIA TELECOPIER**
212-805-7901

Hon. Harold Baer, Jr.
United States District Court
500 Pearl Street
New York, New York 10007

Re:   <u>Naval Gent Maritime Ltd. v. Asiatic Shipping Services, Inc.</u> 07 CV 4004

Dear Judge Baer:

We are counsel for Plaintiff, Naval Gent Maritime Ltd. We refer to the Court's letter, dated June 7, 2007, notifying of the Pre-Trial Conference which has been scheduled for Thursday, July 19, 2007 at 2:00 pm.

As Your Honor is aware, this is an action to enforce a London arbitration award. Process of Maritime Attachment and Garnishment ("PMAG") has been issued pursuant to Your Honor's Order, dated May 23, 2007. We have been serving the PMAG on various New York banks, however, to date, no funds have been restrained. We do not expect that counsel representing defendant will appear until funds are attached. We will continue serving the PMAG and advise the Court once funds are attached.

With respect to the Pre-Trial Conference which the Court has scheduled, the undersigned will be on vacation, out of the country, on that date and respectfully requests that the conference be adjourned to some time after July 30, 2007.

Please do not hesitate to contact us if you have any questions.

Respectfully,
LAW OFFICES OF GEORGE N. PROIOS, PLLC

George N. Proios

[Handwritten annotation by Judge: I won't trial 7/30 + will be away in Aug + don't do my bidden/Deferred calendar + this on my suspense for Sept 6 at 2PM set a PTC for you until confer[ence] understand[ing] if you find funds been attach[ed] chambers will dismiss.

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 6/19/07]

Endorsement:

    I'm on trial 7/30 and will be away in August why don't I and I herewith do put this on my suspense calendar and set a PTC for September 6 at 2:00 P,.M. with the understanding you will contact Chambers if you find funds and if I her nothing I will dismiss on in September 6, 2007.