USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/09

LAW OFFICES OF
GEORGE N. PROIOS, PLLC
HERALD SQUARE BUILDING
1350 BROADWAY, SUITE 1507
NEW YORK, NEW YORK 10018-7702

TELEPHONE: (212) 279-8880
FAX: (212) 279-0670
E-Mail: gnp@gnproios.com

RECEIVED
JAN 03 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

January 3, 2008

VIA TELECOPIER
212-805-7901

Hon. Harold Baer, Jr.
United States District Court
500 Pearl Street
New York, New York 10007

Re: <u>Naval Gent Maritime Ltd. v. Asiatic Shipping Services, Inc.</u> 07 CV 4004

Dear Judge Baer:

We are counsel for Plaintiff, Naval Gent Maritime Ltd. We refer to our conference with Chambers yesterday, January 2, 2008.

We attach for You Honor's ready reference a copy of our letter, dated November 21, 2007, advising of our efforts to serve the Process of Maritime Attachment and Garnishment ("PMAG") issued pursuant to Your Honor's Order, dated May 23, 2007.

As advised in our November 21 letter we intend to continue to serving the PMAG in search of additional security. At the moment, we await an assessment of costs from the London arbitrator. Upon receipt of the assessment we will seek to amend our complaint and PMAG and continue serving same in search of additional security.

Please do not hesitate to contact us if you have any questions.

Respectfully,

LAW OFICES OF GEORGE N. PROIOS, PLLC

George N. Proios

[Handwritten annotation by Judge: Please keep posted I hardly see lawsuits that require in perpetuity to keep this in the calendar I have never suspended a plaintiff unless Feb 15 creates a problem let me know]

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 1/8/08

Endorsement:

    Please keep me posted.  I know of no law that requires me to keep this in perpetuity - my thought is to add it to my suspense calendar come February 15 unless that creates a problem for you.